## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

MAR 12 AM 10: 00

U.S. DISTRICT COURT
N.D. OF ALABAMA

BROOKS H. BISHOP, JR.,       )
                             )
      Plaintiff,       )
                             )
vs.       )       CV 01-B-0175-S
                             )
WARDEN BILLY MITCHEM,       )
COMMISSIONER MICHAEL HALEY, )
CMS MEDICAL, STATE OF       )
ALABAMA DEPARTMENT OF       )
CORRECTIONS,       )
                             )
      Defendants.       )

**ENTERED**

MR 1   2001

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 15, 2000, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed because plaintiff has failed to state a claim for which relief can be granted. The plaintiff filed objections to the report and recommendation on February 27, 2001.

In his complaint, Bishop alleged that there was an outbreak of Hepatitis B and C at the Donaldson Correctional Facility, where he is incarcerated. He claimed that the medical staff originally announced that vaccines would be given on December 6, 2000, but that they were canceled. Bishop claimed that the medical staff's actions amounted to deliberate indifference to his medical needs. As relief, he requested that the court order the CDC to assess the situation and take corrective measures, including

screening all inmates, quarantining carriers, and making a vaccine available to inmates. The magistrate judge recommended that the complaint be dismissed.

In his objections, Bishop reiterates his request that this court order the CDC to intervene. He objects to the magistrate judge's statement that he does not have hepatitis, stating that he "is sick, cannot gain weight and has not been screened by defendants to determine if he has contracted the contagious disease." Bishop further claims that the defendants had a duty to protect him from constant and habitual exposure to the virus, but took no action, until they learned, ninety days later, that a lawsuit was being filed. Bishop contends that immediately after the outbreak, the defendants had announced that a vaccine would be available, but that they cancelled plans to make the vaccine available to the inmates when they realized the cost involved. However, the plaintiff further states that after the defendants found out about the plaintiff's lawsuit, they asked "anyone who wanted to take the vaccine to sign a list and they were vaccinated, roughly 700 inmates out of 1,500 were vaccinated, none were tested." Bishop asserts that the defendants' actions were taken in an attempt to moot his complaint, but they have still not taken "corrective measures." He requests that the defendants be required to submit a special report.

Although the plaintiff states in his objections that he "is sick, cannot gain weight and has not been screened by defendants to determine if he has contracted the

2

contagious disease," he makes no allegation that he has been refused medical care for this "sickness," or even that he has sought medical care for his symptoms. It is clear from the plaintiff's objections that every inmate who indicated a desire to have the hepatitis vaccine was in fact vaccinated. The plaintiff does not indicate if he elected to have the vaccine or not. There is nothing before the court to support a finding that the plaintiff has suffered any injury as a result of the actions of the defendants, or that further action on the part of the defendants is necessary.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed. A dismissal order will be entered.

DATED this _(2th_ day of __March__, 2001.

Sharon Lovelace Blackburn
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE

3